PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court): 5:24CR01446-001 | |
|---|---|---|
| | DOCKET NUMBER (Rec. Court): 2:25-cr-00184-CDS-MDC | |
| NAME AND ADDRESS OF SUPERVISED PERSON: Jermale Amir Scott Las Vegas, Nevada | DISTRICT: Southern District of Texas | DIVISION: Laredo |
| | NAME OF SENTENCING JUDGE: John A. Kazen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 04/08/2025 To: 04/07/2028 |

OFFENSE:

Conspiracy to transport an undocumented alien within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(I)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Prosocial ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada, Las Vegas Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 11, 2025
Date

John A. Kazen
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of Nevada

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 26, 2025
Effective Date

Cristina D. Silva, United States District Judge